AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Michael Schwartz

*Plaintiff(s)*

v.   Civil Action No. 24-cv-00911-JMW

Imran Qazi and Friendly Ride, Inc.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Imran Qazi and Friendly Ride, Inc.
36-01 37th Avenue, Long Island City, NY 11101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Pervez & Rehman, P.C.
6268 Jericho Turnpike, Suite 8,
Commack, NY 11725

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: _2/6/2024_

BRENNA B. MAHONEY
*CLERK OF COURT*

*Concetta Landow*

*Signature of Clerk or Deputy Clerk*